JS-6

# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KEPLER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>GC BROTHERS ENTERTAINMENT, LLC dba THE PALMS GENTLEMEN'S CLUB, a California Limited Liability Company; GEORGE CATALOIU, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive,<br><br>  Defendants. | Case No.: 8:23-cv-536-HDV-JDE<br><br>**COLLECTIVE ACTION**<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF ANDREA KEPLER AGAINST DEFENDANTS GC BROTHERS ENTERTAINMENT, LLC dba THE PALM GENTLEMEN'S CLUB and GEORGE CATALOIU** |

On July 29, 2024, defendants GC Brothers Entertainment, LLC dba The Palms Gentlemen's Club and George Cataloiu (collectively "Defendants") served plaintiff Andrea Kepler ("Plaintiff" or "Kepler") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of TEN THOUSAND U.S. DOLLARS ($10,000.00), inclusive of reasonable attorneys' fees and costs. On April 17, 2024, Plaintiff accepted the offer. *See* Dkts. 35 and 38.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall recover from Defendants, jointly and severally, the total sum of TEN THOUSAND U.S. DOLLARS ($10,000.00), inclusive of attorneys' fees and costs.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered for Plaintiff and against Defendants for the total sum of TEN THOUSAND U.S. DOLLARS ($10,000.00), inclusive of reasonable attorneys' fees and costs, to be paid in equal installments of FIVE THOUSAND U.S. DOLLARS ($5,000) within five days of acceptance of the Offer, and 30 days thereafter.

**IT IS SO ORDERED.**

August 13, 2024
Dated: ~~May~~____, 2024

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE